# EXHIBIT B

# Flanagan, Mark

| | |
|---|---|
| **From:** | Guske, Sarah <sguske@cooley.com> |
| **Sent:** | Friday, January 29, 2016 3:18 PM |
| **To:** | Lisa_Belpedio@mad.uscourts.gov |
| **Cc:** | Sheetz, Michael; Stacy, Wayne; Gershenson, Adam; Saraswat, Anant; Tompros, Louis W.; Flanagan, Mark; Slenkovich, Keith |
| **Subject:** | SimpliVity Corp. v. Springpath, Inc., Case No. 4:15-cv-13345-TSH |

Ms. Belpedio,

At the end of the hearing on Tuesday, January 26, 2016, Judge Hennessy asked that the parties send you an email with the results of the parties' discussion regarding Defendant Springpath's Motion to Dismiss (Dkt. No. 27). (Jan. 26, 2016 Hearing Tr. at 67:4-15; *see also* Dkt. No. 35.)

The parties have conferred and have agreed that SimpliVity may file a second amended complaint in lieu of the Court ruling on Springpath's pending motion to dismiss the first amended complaint, which Springpath withdraws without prejudice. SimpliVity will file its second amended complaint on or before February 5, 2016. Springpath will file its response to the second amended complaint on or before February 26, 2016.

Sincerely,

**Sarah J. Guske**
Cooley LLP
380 Interlocken Crescent • Suite 900
Broomfield, CO 80021-8023
Direct: (720) 566-4232 • Fax: (720) 566-4099
Bio: www.cooley.com/sguske • Practice: www.cooley.com/litigation

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

1